IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TAMARA WENGER,  )
  )
          Plaintiff,  )
  )
vs.  )  Case No.  25-1048-JWB-BGS
  )
GARY L. PRICE, JR. and MELISSA CLOUATRE,  )
  )
          Defendants.  )
  )

## ORDER ON MOTION FOR ORDER

Now before the Court is Plaintiff's motion entitled "Common Law Demand and Order for Oath of Office of Brooks Severson." (Doc. 8.)  Having reviewed Plaintiff's submission, the motion is **DENIED**.

Simply stated, a federal judge has no duty to produce his or her oath to a litigant.  As explained by the Sixth Circuit Court of Appeals,

> [w]hile federal judges have [the] statutory obligation to take an oath before performing the duties of their office, see 28 U.S.C. § 453, nothing in this statute (or elsewhere in the law) requires that a [federal] judge demonstrate to the satisfaction of a litigant in a particular case that he or she has taken this oath.  Nor has [appellant] suggested any reason why a district court's subject matter jurisdiction over each case on its docket should hinge upon the … judge's ability or willingness to provide the parties with such proof of his or her compliance with § 453.

*United States v. Conces*, 507 F.3d 1028, 1041 (6th Cir. 2007) (discussing the oath in the context of a District Judge).  Courts in the Tenth Circuit have also denied such requests.  *See American Fam. Mut. Ins. Co. v. Orlowski*, No. 08-0763-DME-KMT, 2009 WL 1698504, n.2 (D. Colo. June 15, 2009) (indicating the request for the judge to produce the Oath of Office was denied by the court on multiple occasions).

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 8) is **DENIED**.

1

IT IS SO ORDERED.

Dated July 15, 2025, at Wichita, Kansas.

/S/B<small>ROOKS</small> G. S<small>EVERSON</small>
Brooks G. Severson
United States Magistrate Judge